IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KARNOVA AUSTIN,

    Petitioner,

vs.                            Case No. 4:07cv301-SPM/WCS

WALTER A. MCNEIL

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 11). The parties were furnished a copy and afforded an opportunity to file objections. No objections have been filed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 11) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 5) is hereby *granted*.

3. Petitioner's §2254 petition for writ of habeas corpus (doc. 1) is hereby *dismissed with prejudice*.

**DONE AND ORDERED** this fourth day of April, 2008.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge